IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH A. ROWLAND,         No. C 05-01500 CRB

    Plaintiff,        **ORDER OF REMAND**

  v.

ALLSTATE INS. CO.,

    Defendant.

_____/

    For the reasons stated at the motion hearing held in this Court on July 1, 2005, plaintiff's motion for remand is GRANTED. Plaintiff's motion for attorneys' fees is DENIED. Defendant's motion to dismiss is DENIED because this Court lacks subject matter jurisdiction over the issues raised therein.

    **IT IS SO ORDERED.**

Dated: July 1, 2005                        _/s/ EB_
                                                      CHARLES R. BREYER
                                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1500\order of remand.wpd